No. 03–381. WILLIAMS ET AL. *v.* HANSEN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS POLICE CHIEF. C. A. 4th Cir. Certiorari denied.

No. 03–385. GAUDET ET UX. *v.* SHEET METAL WORKERS' NATIONAL PENSION FUND ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–391. GALESI ET AL. *v.* OLCOTT. C. A. 10th Cir. Certiorari denied.

No. 03–536. ENTERPRISE RENT-A-CAR CO. *v.* ADVANTAGE RENT-A-CAR, INC. C. A. Fed. Cir. Certiorari denied.

No. 03–537. SCHAFLER *v.* FAIRWAY PARK CONDOMINIUM ASSN. ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–538. MID AMERICA TITLE CO. *v.* TRANSNATION TITLE INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–544. BROOKS-POWERS, AS THE SURVIVING SPOUSE AND ADMINISTRATRIX OF THE ESTATE OF HER DECEASED HUSBAND, POWERS *v.* METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY. Ct. App. Ga. Certiorari denied.

No. 03–550. MARTONE *v.* NEISWANGER ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–554. HUNT HEALTH SYSTEMS, LTD., ET AL. *v.* WECHSLER, ADMINISTRATIVE TRUSTEE OF THE TOWERS FINANCIAL CORPORATION ADMINISTRATIVE TRUST, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–555. MYERS *v.* CITY OF NORTH MIAMI, FLORIDA, ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–556. STOLL *v.* WESTERN & SOUTHERN LIFE INSURANCE CO. C. A. 6th Cir. Certiorari denied.